# United States District Court
## Violation Notice

CVB SCAN 04/14/2021 14:11

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR45 | 9107682 | OL | 1414 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 04/01/2021
Offense Charged: ☑ CFR ☐ USC ☐ State Code   4 1 CFR 102.74.385

Place of Offense: 4310 SW MACADAM PORTLAND OR

Offense Description: Factual Basis for Charge   DRIVEWAY BY FRONT GATE
CONFORMITY W/ SIGNS b COMPLIANCE W/ LAWFUL
DIRECTIONS OF FPO: REMAINED ON PROPERTY
AFTER INSTRUCTED TO LEAVE   HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: AMOSS
First Name: ANTHONY
M.I.: A

Street Address: (redacted)

Tag No. | State | Year | Make/Model | PASS ☐ | Color

### APPEARANCE IS REQUIRED
A ☑ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
TBD

Date: TBD
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: ANDChurfEr

Original - CVB Copy

*9107682*

---

I state that on APRIL 1ST, 2021 while exercising my duties as a law enforcement officer in the FEDERAL District of OREGON

SEE PROBABLE CAUSE STATEMENT

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/01/2021
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident