# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR45 | 9107681 | OL | 1414 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 04/01/2021 | 41 CFR 102.74.380 |

| Place of Offense |
|---|
| 4310 SW MACADAM PORTLAND, OR   DRIVEWAY BY FRONT GATE |

Offense Description: Factual Basis for Charge    HAZMAT ☐

PRESERVATION OF PROPERTY: UPROOTED AND BURNED PLANT IN FRONT OF BUILDING, THREW ROCKS AT BUILDING

### DEFENDANT INFORMATION

| Last Name | | |
|---|---|---|
| AMOSS | ANTHONY | A |

Street Address

█████████████████████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| TBD | TBD |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature    (HANDCUFFED)

Original - CVB Copy

*9107681*

CVB SCAN 04/14/2021 14:11

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on APRIL 1st, 2021 while exercising my duties as a law enforcement officer in the FEDERAL District of OREGON

SEE PROBABLE CAUSE STATEMENT

The foregoing statement is based upon:

☑ my personal observation    ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/01/2021 _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/14/2021 14:11