Mark Ahlemeyer, OSB No. 095997
Assistant Federal Public Defender
Email: mark_ahlemeyer@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:21-po-00418-SB-1 |
| **Plaintiff,** | |
| v. | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE FIRST APPEARANCE** |
| **ANTHONY A. AMOSS,** | |
| **Defendant.** | |

Anthony Amoss, defendant in the above-entitled case, through counsel, Mark Ahlemeyer, hereby moves to reset his first appearance date to the CVB docket scheduled for Friday, October 1, 2021. His first appearance is currently set for August 6, 2021.

Mr. Amoss is also a defendant in case 3:21-mj-00113 and the parties are exploring the possibility of a global resolution. Assistant United States Attorney Cassady Adams has no objection to this motion.

Respectfully submitted this 3rd day of August, 2021.

　　　　　　　　　　　　　　　　　　　　*/s/ Mark Ahlemeyer*　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Mark Ahlemeyer
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant